IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES TILTON, WARDEN EVANS, A. TUCKER, M. ROSS, D.C. FLETCHER, J. CORE, T. VARIZ, E. MEDINA, DR. WALCOTT,<br><br>   Defendants. | No. C 06-5498 TEH (PR)<br><br>ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) |

  Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 complaining about the actions of multiple officials at the California Department of Corrections and Rehabilitation after Plaintiff's transfer to Salinas Valley State Prison.  On April 10, 2007, the Court ordered Plaintiff to show cause why the complaint should not be dismissed based on applicable prior dismissals under 28 U.S.C. § 1915(g).  In the order, the Court provided Plaintiff with an opportunity to respond to why the case should not be dismissed under that statute, identified the prior cases that the Court considers applicable prior convictions and informed Plaintiff that he could also avoid dismissal by paying the full $350.00 filing fee by the deadline.  Plaintiff has not filed a response to the Court's order identifying why any of the previously dismissed cases should not count or identified that he is in danger of serious physical injury as a result of the

allegations in the complaint.

As such, the case is DISMISSED without prejudice to Plaintiff bringing his claims in a paid complaint. The Clerk shall enter judgment and close the file. SO ORDERED.

DATED:  10/30/07

THELTON E. HENDERSON
United States District Judge

2